**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Natosha Sherron MCDADE,**
**Defendant–Appellant.**

**No. 10–12083**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 1, 2010.

Jason R. Coody, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randolph P. Murrell, Gwendolyn L. Spivey, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Natosha Sherron McDade, Tallahassee, FL, pro se.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Natosha Sherron McDade in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

---

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McDade's conviction and sentence are **AFFIRMED.**